1 | PATRICK T. CONNOR, Bar No. 89136
Email Address: pconnor@deconsel.com
2 | MARGARET R. GIFFORD, Bar No. 118222                          JS-6
Email Address: mgifford@deconsel.com
3 | DeCARLO, CONNOR & SHANLEY,
a Professional Corporation
4 | 533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
5 | Telephone (213) 488-4100
Telecopier (213) 488-4180
6
7 | ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
FOR THE CARPENTERS SOUTHWEST TRUSTS
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>  Plaintiffs,<br><br>v.<br><br>PACIFIC INTERIORS ENTERPRISES, a California corporation, also doing business as PACIFIC INTERIORS; CURTIS JOSEPH DOWELL, an individual; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO. CV 11-01554 PA(SHx)<br><br>ORDER RE PLAINTIFFS AMENDED REQUEST FOR DISMISSAL PURSUANT TO SETTLEMENT, WITHOUT PREJUDICE, SUBJECT TO REOPENING, IF SETTLEMENT IS NOT CONSUMMATED<br><br>Complaint Filed:<br>    February 22, 2011<br><br>Before the Honorable<br>    Percy Anderson<br><br>**NOTE: CHANGES MADE BY THE COURT** |

O R D E R

GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED that this matter be dismissed, without prejudice, as to PACIFIC INTERIORS ENTERPRISES, a California corporation, also doing business as PACIFIC

1  INTERIORS, CURTIS JOSEPH DOWELL, an individual, and AMERICAN
2  CONTRACTORS INDEMNITY COMPANY, a California corporation
3  ("DEFENDANTS"),  pursuant to settlement by way of a payment plan that will
4  take to approximately March 20, 2012 to complete~~; and that this court retain~~
5  ~~jurisdiction over this action through and including June 20, 2012 to permit this~~
6  ~~action to be reopened upon Ex Parte Application, if settlement is not consummated.~~

Dated: April 18, 2011

_____
THE HONORABLE PERCY ANDERSON
STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY,
a Professional Corporation


By:  /s/ Margaret R. Gifford    4/7/11
   MARGARET R. GIFFORD
Attorney for Plaintiffs,
CARPENTERS SOUTHWEST
ADMINISTRATIVE CORPORATION
and BOARD OF TRUSTEES FOR THE
CARPENTERS SOUTHWEST TRUSTS

2